An order of filiation and maintenance had been made on the defendant, who entered into recognizance to appear at the Sessions, and abide &c. and appealed to the Sessions, where the order was confirmed. A *scire facias* was then issued upon the recognizance, and the defendant brought a *Certiorari* removing the proceedings of the Sessions, to this Court.

*Saxton* for the defendant, moved for a rule of this Court, to stay proceedings on the *scire facias*.

BY THE COURT. Take a rule to stay the proceedings on the *scire facias*, until the further order of this Court.

## WHITMORE v. COREY.

In assumpsit.

Cases cited. 1 *Esp. N. R.* 14; 2 *Stark.* 351, cites 2 *B. & R.* 147.

Frelinghuysen, *contra.*

*Rule granted.*